COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: **SMITH, ADRIAN R**
(Last) (First) (Middle Initial)

Prisoner Number: **567942**

Institutional Address: **850 Bryant St., San Francisco, California 94103 - Sheriff Department**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Adrian Reynard Smith**
(Enter your full name.)

vs.

**U.S. Postal Services (United States of America Postal Service)**
(Enter the full name(s) of the defendant(s) in this action.)

Case No. **CV 17 6964 PJH (PR)**
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement **Sheriff Department 850 Bryant County Jail San Francisco**

B. Is there a grievance procedure in this institution? YES ☒ NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☐ NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: **NA-**

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: N/A

3. Second formal level: N/A

4. Third formal level: N/A

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ☐    NO ☒

F. If you did not present your claim for review through the grievance procedure, explain why.
Not a Institution grievance matter.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Adrian R. Smith
3554 17th Street, Apartment #2
San Francisco, California 94110

B. For each defendant, provide full name, official position and place of employment.
US Postal Service
United States of America Postal (Mail) Services

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

My Name is Mr. Adrian R. Smith and I currently Live at 3554 17th Street, AH #2, San Francisco, California 94110, with my mother. As of now I am currently being detained at The San Francisco 850 Bryant County Jail Facility, Sheriff Department. Lately I have been experiencing problems with getting mail at my Mom's Apartment. I sent a letter to her apartment and recieved a return of Address, stating that I have Changed Address or Moved. My mother doesnt have any Idea about any Change of Address.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. I Mr. Adrian Reynard Smell would like this matter to be Investigated Immediately. And a copy/statement stating where my Address have been deliquently been changed to. In addition, I need to know where IS my mail going. Thank you.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11/17/2017

Date                    Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3