Smith, Adrian - 967942
1 Moreland Drive - MJ #5
San Bruno, California
94066

Clerks Office:
U.S. District Court
Northern District of California
1301 Clay St. Suite 400S
Oakland, CA 94612-5212

RECEIVED
NOV 24 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SAN FRANCISCO CA 940
20 NOV 2017 PM 5

