FILED

DEC 28 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Adrian Reynard Smith/Google-
Enterprise.ORG
                Plaintiff,

vs.

METRO PCS – (Phone Company)
                Defendant.

CASE NO. 4:17-CV-06964-PJH

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Adrian Reynard Smith, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1. Are you presently employed?    YES ☐   NO ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                              Net: _____

Employer (name and address): Smithad492@gmail.com - Adrianrsmith12@gmail.com

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

DATE: 12/2012 - GoodWill Inudstries

GROSS AND SALARY: $9.97 per hr. , $1,000.00 per month

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, profession or self employment?   YES ☐   NO ☒
   b. Income from stocks, bonds or royalties?   YES ☐   NO ☒
   c. Rent payments?   YES ☐   NO ☒
   d. Pensions, annuities or life insurance payments?   YES ☐   NO ☒
   e. Federal or state welfare payments, Social Security or other government source?   YES ☐   NO ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___NA_____

_____

3. Are you married?   YES ☐   NO ☒

Spouse's Full Name: __—_____

Spouse's Place of Employment: __—_____

Spouse's Monthly Salary, Wages or Income:

Gross $__—_____   Net $__—_____

4. a. List amount you contribute to your spouse's support: $ __—_____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

_____

_____

5. Do you own or are you buying a home?   YES ☐   NO ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   YES ☐   NO ☒

Make __NA_____   Year _____   Model _____

Is it financed? Yes __✓ AS__   No __AS ✓__   If so, Total Due: $ _____

Monthly Payment: $ _____

2

7.     Do you have a bank account?                                      YES ☒      NO ☐

Name(s) and address(es) of bank (do not include account numbers): _____

WEllS FARGO BANK  - AMERICAN EXPRESS

BANK OF AMERICA

Present balance(s): $ __NA__

Do you own any cash?          YES ☒  NO ☐    Amount: $ __0.21__

Do you have any other assets?  YES ☐  NO ☒

If "yes," provide a description of each asset and its estimated market value.

_____

_____

8.     What are your monthly expenses?

Rent: $ __200.00__                     Utilities: __Included__

Food: $ __200.00__                     Clothing: __Processed donations__

9.     Do you have any charge accounts/credit cards?          YES ☒      NO ☐

If yes, list them below. (Do not include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| INSIGHT CREDIT CARD | $ -0- | $ -0- |
| Green Dot | $ NA | $ -0- |
| BayCorp Bank | $ NA | $ NA |

10.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

WELL FARGO BANK, Adrian R. Smith, Checking Account is in overdraft with a overdraft fee.

11.    Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?
                                                          YES ☒      NO ☐

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Small Claims, Civil Division, complaint has been filled by x Mr. Adrian R. Smith/Civil Complaint Division at: Civil Division, 1390 Market street, 7TH Floor, San Francisco. CA. 94102

3

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-17-2017                         _Adrian R. Smith_
DATE                                   SIGNATURE OF APPLICANT